917 A.2d 785

CORESTATES/NEW JERSEY NATIONAL BANK, BY ITS ASSIGNEE SCHAEFER SALT RECOVERY, INC., PLAINTIFF–PETITIONER, v. CHARLES SCHAEFER SONS, INC. A NEW JERSEY CORPORATION, SCHAEFER PROPERTIES, INC., A NEW JERSEY CORPORATION, ET AL, DEFENDANTS.

CAROL SEGAL, BY HER ASSIGNEE SHERWOOD GROUP ASSOCIATES, PLAINTIFF–RESPONDENT, v. JAMES K. BARBOUR, DEFENDANT.

AND OTHER RELATED CASES.

February 21, 2007.

ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the trial court for reconsideration in light of *Simon v. Cronecker,* 189 *N.J.* 304, 915 *A.2d* 489 (2007); *Simon v. Rando,* 189 *N.J.* 339, 915 *A.2d* 509 (2007), and *Malinowski v. Jacobs,* 189 *N.J.* 345, 915 *A.2d* 513 (2007) (all decided January 29, 2007).

917 A.2d 785

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. STANLEY L. NIBLACK, DEFENDANT–PETITIONER.

February 23, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter

is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

917 A.2d 785

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. GERARD WEBB, DEFENDANT–PETITIONER.

February 23, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale* 184 *N.J.* 458, 878 *A.*2d 724 (2005) and *State v. Pierce* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).